# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: SAN FRANCISCO**

FILED
08 JAN 22 PM 3:50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

v.

REMSEN BENEDICT 

**WHA**

DEFENDANT.

---

## INDICTMENT

Title 18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography
Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

---

A true bill.

_____
Foreman

Filed in open court this 22 day of January, 2008

_____
Clerk

Bail, $ no bail, arrest process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 22 PM 3:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 2252(a)(2)– Receipt of Child Pornography; 18 U.S.C. § 2252(a)(4)(B)– Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
SEALED BY COURT ORDER
See Attached Penalty Sheet

### DEFENDANT - U.S.
▶ REMSEN BENEDICT

**DISTRICT COURT NUMBER**
CR 08 0025 WHA

### DEFENDANT
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
FBI - SA Liz Castaneda and Novato Police Department - Off. Melissa Hinkle

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Denise Marie Barton

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## PENALTY SHEET

## UNITED STATES V. REMSEN BENEDICT

*Count 1:*    *18 U.S.C. § 2252(a)(2): Receipt of Child Pornography*

<u>Class C Felony</u>,
Maximum Prison Term of Twenty Years
**Mandatory Minimum Prison Term of Five Years**
Maximum Fine of $250,000
Maximum of Lifetime Supervised Release
Registration as a Sex Offender
Mandatory Special Assessment of $100


*Count 2:*    *18 U.S.C. § 2252(a)(4)(B): Possession of Child Pornography*

<u>Class C Felony</u>
Maximum Prison Term of Ten Years
Maximum Fine of $250,000
Maximum of Lifetime Supervised Release
Registration as a Sex Offender
Mandatory Special Assessment of $100

ORIGINAL

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
08 JAN 22 PM 3: 50

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED
BY COURT ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08     0035 |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography |
| v. | |
| REMSEN BENEDICT, | SAN FRANCISCO VENUE |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography)

    Beginning on or about August 24, 2006 and continuing until on or about July 12, 2007, in the Northern District of California, the defendant,

                                REMSEN BENEDICT,

did knowingly receive at least one visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, by computer, knowing that the production of

//

//

//

INDICTMENT

1 | such visual depiction involved a minor engaging in sexually explicit conduct and that such visual
2 | depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).
3 |
4 | COUNT TWO: (18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography)
5 |       On or about July 31, 2007, in the Northern District of California, the defendant,
6 |                       REMSEN BENEDICT,
7 | did knowingly possess at least one matter, namely an HP Pavilion computer tower containing
8 | three computer hard drives, a hard drive in a Fujitsu laptop, and an external hard drive, which
9 | contained at least one visual depiction that had been shipped and transported in interstate and
10 | foreign commerce, by computer, knowing that the production of such visual depiction involved a
11 | minor engaging in sexually explicit conduct and that such visual depiction was of such conduct,
12 | in violation of Title 18, United States Code, Section 2252(a)(4)(B).
13 |
14 | FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)
15 |       Upon conviction of the offenses alleged in Counts One or Two, the defendant,
16 |                       REMSEN BENEDICT,
17 | shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
18 | and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all
19 | property, real or personal, used or intended to be used to commit or promote the commission of
20 | the offenses of conviction, including but not limited to the following items that were obtained
21 | from defendant on July 31, 2007:
22 |     a.    HP Pavilion computer tower, serial number US11052342, containing three hard
23 |         drives;
24 | //
25 | //
26 | //
27 | //
28 |

INDICTMENT                                       2

b.  Fujitsu Laptop, serial number 3PHJH34J1252 with 60gb hard drive; and

c.  Smartdisk Firelite external hard drive, 80 gb, serial number JH5Y23.

DATED: January 22, 2008                    A TRUE BILL.

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: *[signature]*
                     AUSA Barton

INDICTMENT                                  3