1   JOSEPH P. RUSSONIELLO (CSBN 44332)                          FILED
    United States Attorney
2
    BRIAN STRETCH (CSBN 163973)                            08 JAN 22  PM 3:50
3   Chief, Criminal Division
                                                         RICHARD W. WIEKING
4   DENISE MARIE BARTON (MABN 634052)              CLERK, U.S. DISTRICT COURT
    Assistant United States Attorney                 NORTHERN DISTRICT OF CALIFORNIA
5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
    Telephone: (415) 436-7359
7   Facsimile: (415) 436-7234
    denise.barton@usdoj.gov
8
    Attorneys for Plaintiff
9

10                        UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA                    WHA

12                          SAN FRANCISCO DIVISION

13

14                                        CR   08      0025
    UNITED STATES OF AMERICA,           No.
15
        Plaintiff,                      )    UNITED STATES' MOTION TO SEAL
16                                      )    INDICTMENT AND ARREST WARRANT
        v.                              )    AND [PROPOSED] ORDER
17                                      )
    REMSEN BENEDICT,                    )
18                                      )
        Defendant.                      )
19   _____)

20          The government hereby moves the Court for an order sealing this motion, the Indictment,

21   the Sealing Order, and the arrest warrant of the above-captioned defendant until further order of

22   the Court, except that the government may provide the arrest warrants to law enforcement as

23   //

24   //

25   //

26   //

27   //

28   //


                                              1

1  appropriate. The government believes that disclosure of the existence of the Indictment, the

2  arrest warrant and this motion may jeopardize the progress of the ongoing investigation.

3

4
DATED: January 22, 2008                        Respectfully submitted,
5
                                               JOSEPH P. RUSSONIELLO
6                                              United States Attorney

7
                                               Deuse M Berton
8                                              DENISE MARIE BARTON
                                               Assistant United States Attorney
9

10                                     **ORDER**

11     Based upon the motion of the government and for good cause shown, IT IS HEREBY

12  ORDERED that the government's motion, the Indictment, the Sealing Order, and the arrest

13  warrant of the defendant in this matter shall be sealed until further order of the Court, except that

14  the government may provide the arrest warrant to law enforcement as appropriate.

15

16

17  DATED: Jan 22, 2008

18                                             HON. ELIZABETH D. LAPORTE
                                               United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

2