*FILED*

1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3   BRIAN STRETCH (CSBN 163973)
    Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney

5

6   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
7   Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
8   denise.barton@usdoj.gov

9   Attorneys for Plaintiff

JAN 2 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION
13

14
    UNITED STATES OF AMERICA,        )    No. CR 08-0025 WHA
15                                    )
        Plaintiff,                    )    MOTION TO UNSEAL SEAL AND
16                                    )    [PROPOSED] ORDER
        v.                            )
17                                    )
    REMSEN BENEDICT,                  )
18                                    )
        Defendant.                    )
19   _____)

20          The government respectfully requests that this entire case be unsealed including, but not

21   limited to, the motion to seal, indictment, and arrest warrant, all dated January 22, 2008. Upon

22   motion of the government stating that the government believes that disclosure of the existence of

23   the indictment, the arrest warrant and this motion may jeopardize the progress of the ongoing

24   investigation, the documents were sealed per Order of the Honorable Elizabeth D. Laporte dated

25   January 22, 2008. The defendant has now been arrested and is aware of the ongoing

26   investigation. For these reasons, the government moves that this entire case be unsealed

27   //

28   //

MOTION TO UNSEAL SEAL AND [PROPOSED] ORDER, CR 08-

1    including, but not limited to, the motion to seal, indictment, and arrest warrant, all dated January

2    22, 2008 and requests that the foregoing documents become part of the public record.

3

4    DATED: January 24, 2008                    Respectfully submitted,

5                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7

8                                              Denise M Barton
                                               DENISE MARIE BARTON
9                                              Assistant United States Attorney

10
                                   **ORDER**
11

12       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this entire case,

13   including but not limited to, the motion to seal, indictment, and arrest warrant, all dated January

14   22, 2008, be unsealed by the Clerk of the Court and become part of the public record.

15

16

17

18

19   DATED: 24/Jan 08

20                                             HONORABLE BERNARD ZIMMERMAN
                                               United States Magistrate Judge
21

22

23

24

25

26

27

28

MOTION TO UNSEAL SEAL AND [PROPOSED] ORDER, CR 08-