1  Law Offices of
   GEORGE C. BOISSEAU
2  State Bar Number 75872
   740 4th Street
3  Second Floor
   Santa Rosa, California 95404
4  Phone: (707) 578-5636
   Fax: (707) 578-1141
5  Email: boisseaugc@msn.com

6  Attorney for Defendant
   REMSEN BENEDICT

FILED
FEB X 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08-0025-WHA |
| Plaintiff, | ORDER PROHIBITING DEFENDANT AND WELLS FARGO BANK FROM ALLOWING DEFENDANT TO SELL, TRANSFER, OR IN ANY WAY EXERCISING CONTROL OVER STOCK PORTFOLIO ACCOUNT (PMA ACCOUNT 9042447921) |
| v. | |
| REMSEN BENEDICT, | |
| Defendant. | |

Defendant, Remsen Benedict, having pledged his stock portfolio account with Wells Fargo Bank, PMA Account 9042447921, as security for release on bail, and good cause appearing:

It is hereby ordered that the defendant, Remsen Benedict, not sell, transfer, or in any way exercise control over this account during the pendency of the case or until bail is exonerated.

It is further ordered that Wells Fargo Bank not allow the defendant, Remsen Benedict, to sell, transfer, or in any way exercise control over this account during the pendency of the case or until bail is exonerated.

It is further ordered that the Clerk of Court may exercise control over this account (and the proceeds from the sale or transfer of stock within the portfolio) in the event bail is forfeited

1 | for failure to comply with the terms of the bail order and be allowed to sell or transfer stock
2 | within this portfolio to cover the amount of $500,000, which is the amount of the bail.
3 |     SO ORDERED.
4 |     Dated: Feb 5, 2008

HON. ELIZABETH D. LAPORTE
Magistrate/Judge
Northern District of California

## OBLIGATION

I, the undersigned, represent that I am the sole owner and signatory of the stock portfolio account held by Wells Fargo Bank, PMA Account Number 9042447921, property pledged as security in the release of defendant Remsen Benedict on bail, ordered in the case of <u>United States v. Remsen Benedict,</u> CR-08-0025-WHA. I agree to pledge the above-referenced stock portfolio to secure my release and agree not to sell, transfer, or in any way exercise control over this account during the pendency of the case or until bail is exonerated. I agree that Wells Fargo Bank may be ordered to not allow me to sell, transfer, or in any way exercise control over this account during the pendencey of the case or until bail is exonerated. I also agree that the Clerk of Court may exercise control over this account in the event bail is forfeiterd for failure to comply with the terms of the bail order and sell or transfer stock within this portfolio to cover the amount of $500,000, which is the amount of the bail.

Dated: February 5, 2008

_____
REMSEN BENEDICT