**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 5, 2008

Case No.:  CR 08-0025 WHA

Title:  UNITED STATES -v- REMSEN BENEDICT (custody)

Appearances:
    For the Government: Denise Barton

    For the Defendant(s): George Boisseau; F. Geoffrey Dunham

Interpreter: n/a                                     Probation Officer: n/a

Deputy Clerk: Dawn Toland                  Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)  Trial Setting - HELD

2)

Case continued to **3/18/08 at 2:00pm**  for Status/Trial Setting

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Parties request additional time.  Time is excluded from today until 3/18/08.