PROPOSED ORDER/COVER SHEET

TO:     Honorable Elizabeth D. Laporte          RE:   Remsen Benedict
        U.S. Magistrate Court Judge

FROM:   Claudette M. Silvera, Chief             DOCKET NO.:   CR 08-00025 WHA
        U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                   415-436-7508
U.S. PRETRIAL SERVICES OFFICER                  TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____ on ____ at ____

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[✓] Other Instructions:
    Please let me know how it has + call to
    confirmed defendant is at home
    during the alerts.

    _____            Feb 14, 2008
    JUDICIAL OFFICER                     DATE

FILED
FEB 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT

Cover Sheet (12/03/02)