**United States District Court**
For the Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7
UNITED STATES OF AMERICA,
8
                 Plaintiff,                          No. CR 08-00025 WHA
9
        v.                                           CLERK'S NOTICE
10
REMSEN BENEDICT,
11
                 Defendant.
12 _____/
13
14        TO ALL PARTIES AND COUNSEL OF RECORD:
15 YOU ARE NOTIFIED THAT a bail review status hearing is scheduled for March 25, 2008 at 11:00
16 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San
17 Francisco.
18
19 Dated:  March 17, 2008
20                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
21
22                                   by:  _____
                                            Lili M. Harrell
23                                          Courtroom Deputy
24
25
26
27
28