JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> REMSEN BENEDICT, <br>     Defendant. | CR No. 08-0025 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

     On February 5, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from February 5, 2008 through March 18, 2008. The parties represented that granting the continuance was necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence,

//

//

//

//

1   to afford defense counsel time to review discovery and in light of upcoming knee surgery and a
2   medical leave of counsel for the government.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

4   SO STIPULATED:

6                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney

8   DATED: March 18, 2008                            /s/ Denise Barton
                                                     DENISE MARIE BARTON
9                                                    Assistant United States Attorney

11  DATED:  March 18, 2008                           /s/
                                                     GEORGE C. BOISSEAU
12                                                   GEOFFREY DUNHAM
                                                     Attorney for REMSEN BENEDICT

15      As the Court found on February 5, 2008, and for the reasons stated above, the Court finds
16  that the ends of justice served by the continuance outweigh the best interests of the public and
17  the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18  calculations from February 5, 2008 through March 18, 2008 for effective preparation and
19  continuity of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested
20  continuance would deny counsel reasonable time necessary for effective preparation, taking into
21  account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.
22  §3161(h)(8)(B)(iv).

24  SO ORDERED.

26  DATED: March 25, 2008.
                                                     _____
27                                                   HON. WILLIAM H. ALSUP
                                                     United States District Court Judge

[SEAL: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]