JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0025 WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| REMSEN BENEDICT, ) | |
| Defendant. ) | |

    On March 18, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from March 18, 2008 through April 15, 2008. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence, to afford

//
//
//
//

Stipulation and [Proposed] Order Excluding Time, 08-0025 WHA      1

defense counsel time to prepare motions he intends to file.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

JOSEPH P. RUSSONIELLO<br>United States Attorney

DATED: March 19, 2008                             /s/ Denise Barton
                                                  DENISE MARIE BARTON
                                                  Assistant United States Attorney

DATED:  March 19, 2008                                     /s/
                                                  GEORGE C. BOISSEAU
                                                  GEOFFREY DUNHAM
                                                  Attorney for REMSEN BENEDICT

As the Court found on March 18, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from  March 18, 2008 through April 15, 2008  for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: _____       _____
                                    HON. WILLIAM H. ALSUP
                                    United States District Court Judge