1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14                                  )   CR No.  08-0025 WHA
    UNITED STATES OF AMERICA,       )
15                                  )   STIPULATION AND [PROPOSED] ORDER
           Plaintiff,               )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
16                                  )
        v.                          )
17                                  )
    REMSEN BENEDICT,                )
18                                  )
           Defendant.               )
19   _____)

20

21        On March 18, 2008, the parties in this case appeared before the Court and stipulated that

22  time should be excluded from the Speedy Trial Act calculations from March 18, 2008 through

23  April 15, 2008.  The parties represented that granting the continuance was necessary for

24  effective preparation of counsel, taking into account the exercise of due diligence, to afford

25  //

26  //

27  //

28  //

1  defense counsel time to prepare motions he intends to file.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

2

3  SO STIPULATED:

4

5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7  DATED: March 19, 2008           _____/s/ Denise Barton_____
                                   DENISE MARIE BARTON
8                                  Assistant United States Attorney

9

10 DATED:  March 19, 2008                  /s/
                                   _____
                                   GEORGE C. BOISSEAU
11                                 GEOFFREY DUNHAM
                                   Attorney for REMSEN BENEDICT
12

13

14      As the Court found on March 18, 2008, and for the reasons stated above, the Court finds that

15 the ends of justice served by the continuance outweigh the best interests of the public and the

16 defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

17 calculations from  March 18, 2008 through April 15, 2008  for effective preparation of counsel.

18 See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny

19 counsel reasonable time necessary for effective preparation, taking into account the exercise of

20 due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

21

22 SO ORDERED.

23

24 DATED: _____March 25, 2008._____
                                   _____
25                                 HON. WILLIAM H. ALSUP
                                   United States District Court Judge

26

27

28