**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 18, 2008

Case No.: CR 08-0025 WHA

Title: UNITED STATES -v- REMSEN BENEDICT (present)

Appearances:
    For the Government: Denise Barton

    For the Defendant(s): George Boisseau

Interpreter: n/a          Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Lydia Zinn

**PROCEEDINGS**

1) Status/Trial Setting - HELD

2) 

Case continued to **5/13/08 at 2:00pm** for Motions/Trial Setting

Time Excluded: **Begins: 3/18/08**  **Ends: 4/15/08**

**ORDERED AFTER HEARING:**

Defendant shall file motion to suppress and any other motions by 4/15/08. Government's opposition due by 4/29/08 and the defendant's reply due by 5/6/08.

Time is excluded from today until 4/15/08.