UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 13, 2008

Case No.:  CR 08-0025 WHA

Title:  UNITED STATES -v- REMSEN BENEDICT (present)

Appearances:
    For the Government:  Denise Barton

    For the Defendant(s):  Geoffrey Dunham

Interpreter: n/a                                    Probation Officer: n/a

Deputy Clerk:  Dawn Toland                 Court Reporter:  Jim Yeomans

**PROCEEDINGS**

1)  Dft's Motion to Suppress - NOT HELD

2)  Status - HELD

Case continued to  **6/24/08 at 2:00pm**  for Status

Time Excluded:  **Begins:    5/13/08**            **Ends:      6/24/08**

**ORDERED AFTER HEARING:**

Defendant decided not to file a motion to suppress.  Defendant does need additional time in order to review discovery.

The speedy trial date is 6/24/08.  Counsel shall submit a proposed order excluding time from today until 6/24/08.