JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0025 WHA |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 14, 2008 THROUGH JUNE 24, 2008 |
|    v. ) | |
| REMSEN BENEDICT, ) | |
|    Defendant. ) | |

On May 14, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 14, 2008 through June 24, 2008. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence to afford

//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time, 08-0025 WHA     1

defense counsel time to review the images at issue and for the parties to thereafter engage in meaningful plea negotiations. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: May 30, 2008                   /s/ Denise Barton
                                      DENISE MARIE BARTON
                                      Assistant United States Attorney

DATED: May 30, 2008                   /s/
                                      GEORGE C. BOISSEAU
                                      GEOFFREY DUNHAM
                                      Attorney for REMSEN BENEDICT

As the Court found on May 14, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from May 14, 2008 to June 24, 2008 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: _____          _____
                                      HON. WILLIAM H. ALSUP
                                      United States District Court Judge