JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0025 WHA |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 14, 2008 THROUGH JUNE 24, 2008 |
|    v. ) | |
| REMSEN BENEDICT, ) | |
|    Defendant. ) | |

     On May 14, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 14, 2008 through June 24, 2008. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence to afford

//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time,08-0025 WHA      1

1  defense counsel time to review the images at issue and for the parties to thereafter engage in
2  meaningful plea negotiations. See 18 U.S.C. § 3161(h)(8)(B)(iv).

4  SO STIPULATED:

6                                                         JOSEPH P. RUSSONIELLO
                                                          United States Attorney

8  DATED: May 30, 2008                         /s/ Denise Barton
                                                          DENISE MARIE BARTON
9                                                         Assistant United States Attorney

11 DATED: May 30, 2008                         /s/
                                                          GEORGE C. BOISSEAU
12                                                        GEOFFREY DUNHAM
                                                          Attorney for REMSEN BENEDICT

15   As the Court found on May 14, 2008, and for the reasons stated above, the Court finds that
16 the ends of justice served by the continuance outweigh the best interests of the public and the
17 defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18 calculations from May 14, 2008 to June 24, 2008 for effective preparation of counsel. See 18
19 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel
20 reasonable time necessary for effective preparation, taking into account the exercise of due
21 diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

23 SO ORDERED.

25 DATED: __June 19, 2008.__               _____
                                                          HON. WILLIAM H. ALSUP
26                                                        United States District Court Judge