JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>REMSEN BENEDICT,<br><br>     Defendant. | CR No.  08-0025 WHA<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA / TRIAL SETTING DATE |

This matter is currently scheduled for Change of Plea / Trial Setting before this Court on Tuesday, June 24, 2008.  Due to technical and scheduling difficulties, counsel for the defendant has not yet reviewed and intends to begin reviewing the images at issue in this case next week.  This case involves a large number of images and the review may take several days to complete.  In addition, although the parties have commenced plea negotiations, defense counsel needs to review the images before completing these negotiations.  Mindful of the need to proceed expeditiously, the parties seek a short continuance until July 8, 2008  to permit defense counsel to review the images and for counsel to engage in meaningful plea negotiations.   The parties agree that time is properly excluded under the Speedy Trial Act for continuity and effective

preparation of counsel.  18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

SO STIPULATED:

                    JOSEPH P. RUSSONIELLO
                    United States Attorney

DATED: June 19, 2008               /s/
                    DENISE MARIE BARTON
                    Assistant United States Attorney

DATED: June 19, 2008               /s/
                    GEORGE C. BOISSEAU
                    GEOFFREY DUNHAM
                    Attorney for REMSEN BENEDICT

For the foregoing reasons, this matter is continued until July ~~8~~ 15, 2008 and set for Change of Plea / Trial Setting.  Pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given that failure to do so would deny the parties continuity of counsel and reasonable time for effective preparation, taking into account the exercise of due diligence.  Accordingly, time shall be excluded from June 24, 2008 through July ~~8~~ 15, 2008.

SO ORDERED.

DATED: June 23, 2008.

                    HON. WILLIAM H. ALSUP
                    United States District Court Judge