JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

DOROTHY CHOU PROUDFOOT (CABN 203517)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359/ (415) 436-7200
   Facsimile: (415) 436-7234
   E-mail: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REMSEN BENEDICT,<br><br>    Defendant. | CR No. 08-0025 WHA<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Dorothy Chou Proudfoot, Special Assistant United States Attorney ("SAUSA"), as additional counsel of record representing the United States of America. The Clerk is requested to change

1  the docket sheet and other Court records so as to reflect that all Orders and communications from
2  the Court will in the future be additionally directed to SAUSA Dorothy Chou Proudfoot at the
3  above mailing address, telephone number, and facsimile number.
4      Please continue to serve the United States of America through Denise M. Barton as well
5  as Dorothy Chou Proudfoot, who joins as counsel for the United States for this matter.

7  DATED: July 15, 2008        Respectfully submitted,

8          JOSEPH P. RUSSONIELLO
        United States Attorney

11          /s/ Denise Barton
        DENISE M. BARTON
        Assistant United States Attorney

14          /s/
        DOROTHY CHOU PROUDFOOT
        Special Assistant United States Attorney