**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 15, 2008

Case No.: CR 08-00025 WHA

Title: UNITED STATES -v- REMSEN BENEDICT (present)

Appearances:
    For the Government: Denise Barton; Dorothy Proudfoot

    For the Defendant(s): George Boisseau; Jeffrey Dunhum

Interpreter: n/a			Probation Officer: n/a

Deputy Clerk: Dawn Toland		Court Reporter: Lydia Zinn

**PROCEEDINGS**

1) Change of Plea/Status - HELD

2) 

Case continued to **8/19/08 at 2:00 pm** for Change of Plea

**ORDERED AFTER HEARING:**

Parties are still attempting to resolve the case, but the defendant anticipates entering a plea. Time is excluded from today until 8/19/08.