UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 19, 2008

Case No.: CR 08-00025 WHA

Title: UNITED STATES -v- RAMSEN BENEDICT (present)

Appearances:

    For the Government: Denise Barton; Dorothy Proudfoot

    For the Defendant(s): George Boisseau

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Margo Gurule

## PROCEEDINGS

1) Change of Plea - NOT HELD

2)

Case continued to 9/2/08 at 2:00 pm for Change of Plea

**ORDERED AFTER HEARING:**

Defendant intends to enter a open guilty plea, but would like a continuance to have time to argue the Government's motion for remand at the time of the plea, due to the mandatory minimum sentence. No exclusion of time made.