UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 2, 2008

Case No.:  CR 08-00025 WHA

Title:  UNITED STATES -v- RAMSEN BENEDICT (present)

Appearances:

    For the Government: Denise Barton; Dorothy Proudfoot

    For the Defendant(s): George Boisseau

Deputy Clerk: Dawn Toland        Court Reporter:  Kathy Sullivan

Time: 2:02pm - 3:04pm

## PROCEEDINGS

1)  Change of Plea - HELD

2)  _____

Case continued to  12/2/08 at 2:00pm  for Sentencing

**ORDERED AFTER HEARING:**

Court waived the filing of an Application for Permission to Enter a Guilty Plea. Defendant entered an open guilty plea to Count One of the Indictment. Defendant admits to the forfeiture of the computer drives. Government will move to dismiss Count Two at sentencing.

Parties argued the Defendant's Motion for Release Pending Sentencing. Court denied the motion and remanded the defendant into Marshal's custody, but deemed it a self-surrender due to the defendant being advised at his last appearance.

Court agreed to review a sample of the images for sentencing purposes, with counsel and the case agent present.