1  Law Offices of
   GEORGE C. BOISSEAU
2  State Bar Number 75872
   740 4th Street
3  Second Floor
   Santa Rosa, California 95404
4  Phone: (707) 578-5636
   Fax: (707) 578-1141
5  E-Mail: boisseaugc@msn.com

6  Attorney for Defendant
   REMSEN BENEDICT
7

8                    UNITED STATES DISTRICT COURT

9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,       )   CR-08-0025-WHA
                                   )
12           Plaintiff,            )
                                   )   STIPULATION AND ORDER
13 v.                              )   CONTINUING SENTENCING HEARING
                                   )
14 REMSENT BENEDICT,               )
                                   )
15           Defendant.            )
   _____)
16

17

18        Upon request of the counsel for defendant, REMSEN BENEDICT, by and through

19 defendant's counsel of record, George C. Boisseau, and agreement of the government, and the

20 United States Probation Office, and good cause appearing,

21        It is hereby agreed that defendant's sentencing hearing presently scheduled for December

22 2, 2008, be continued to March 17, 2009, at 2:00 in the afternoon.

23        Dated: 11/27/08

24

25                                              _____
                                                GEORGE C. BOISSEAU
26
                                                Attorney for Defendant
27                                              REMSEN BENEDICT

28

IT IS SO STIPULATED.

Dated: _____

DENISE BARTON
Assistant U.S. Attorney

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that defendant's sentencing hearing on December 2, 2008, be continued to March 17, 2008, at 2:00 in the afternoon.

IT IS SO ORDERED.

Dated: December 1, 2008



IT IS SO ORDERED
Judge William Alsup