**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0025 WHA |
| Plaintiff, | |
| v. | **ORDER RE IMAGES** |
| RAMSEN BENEDICT, | |
| Defendant. / | |

The Court has received the letter dated March 11, 2009. The Court will view up to three images from each side (for a total of six) that each side believes is representative. Preferably, this will be done at the sentencing hearing itself. Counsel should agree on a procedure and the equipment needed or simply hand hard-copy images to the Court at the hearing.

The Court is in receipt of plaintiff's notice but does not understand the point.

**IT IS SO ORDERED.**

Dated: March 12, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE