Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
REMSEN BENEDICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-08-0025-WHA |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING HEARING |
| | ) | |
| REMSEN BENEDICT, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, REMSEN BENEDICT, by and through defendant's attorneys of record, George C. Boisseau and Geoffrey Dunham, hereby requests that the sentencing hearing set for March 18, 2009, be continued until May 19, 2009.[1]  The defense is not prepared to go forward with a sentencing hearing.

Dr. John Shields has been retained by the defense for sentencing and is preparing a psychological evaluation of the defendant.  Because of his prior commitments, however, he has not been able to complete the evaluation.  It is anticipated that the evaluation will be completed

---

[1] Due to defense counsel's unavailability today, this Stipulation has been filed on his behalf by the government.

1

by April 17, 2009. Upon receipt and review of the defendant's evaluation, the government may retain an expert to prepare a report in response. If a government expert is retained, the government will diligently work to complete a report prior to May 19, 2009 but may seek additional time if necessary.

Also, co-counsel for the defendant, Geoffrey Dunham, has been on medical leave for the past month and will not be back at work until, at the earliest, the week of April 6, 2009. The undersigned counsel is in trial in Sonoma County Superior Court in the case of People v. Armando Vigil, SCR- SCR-33620.

The government and the United States Probation Department have been advised of the reasons for the delay and have no opposition.

Therefore, upon request of the defendant, and the agreement of the government, and the United States Probation Office, and good cause appearing,

//
//
//
//
//
//
//
//
//
//
//
//
//

1     It is hereby agreed that defendant's sentencing hearing presently scheduled for March 18,
2 2009, be continued to May 19, 2009, at 2:00 in the afternoon.

3     Dated: March 12, 2009

                                                /s/
                                  GEORGE C. BOISSEAU

                                Attorney for Defendant
                                REMSEN BENEDICT

IT IS SO STIPULATED.

Dated: March 12, 2009

                                                /s/
                                DENISE MARIE BARTON
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that defendant's sentencing hearing on March 18, 2009, be continued to May 19, 2009, at 2:00 in the afternoon.

IT IS SO ORDERED.

Dated: March 16, 2009

                                HON. WILLIAM H. ALSUP
                                U.S. District Judge
                                Northern District of California