JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No.  08-0025 WHA |
| | ) |
|     Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING SENTENCING DATE |
| v. | ) |
| | ) |
| REMSEN BENEDICT, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

    This matter is scheduled for Sentencing on Tuesday, May 19, 2009.  As referenced in the

Stipulation and Order continuing sentencing upon request of the defendant (*ECF Docket No. 46*),

in aid of sentencing, the defense has obtained a psychological evaluation of the defendant.

Through no fault of defense counsel, this evaluation was completed later than anticipated and

was not able to be provided to government counsel until May 1, 2009.  This evaluation contains

findings by a psychologist based, in part, on approximately 12 hours of interviews with the

defendant and the findings therein are based, in part, on psychological literature and a diagnostic

tool called the Psychopathy Checklist.

08-0025 WHA
Stipulation and [Proposed] Order                              1

1    To properly prepare for sentencing, the United States will need to research the

2    psychological literature and diagnostic tool used (Psychopathy Checklist) and likely retain an

3    expert to explain and address this findings within the evaluation.

4    To afford counsel for the United States sufficient time to assess the findings within the

5    defense evaluation and prepare its response, the parties request a continuance until June 23,

6    2009.  Although the parties seek to proceed expeditiously, counsel for the United States will be

7    out of the District for training the week of May 25, 2009 and unavailable due to another training

8    program on the week of June 1, 2009.  Counsel for the defendant is unavailable on June 16,

9    2009.

10    Probation Officer Sparks has advised that he is available on June 23, 2009.

11   SO STIPULATED:

12                                                      JOSEPH P. RUSSONIELLO
                                                        United States Attorney
13

14   DATED: May 7, 2009                    _____/s/_____
                                                        DENISE MARIE BARTON
15                                                      Assistant United States Attorney

16

17   DATED: May 7, 2009                    _____/s/_____
                                                        GEORGE C. BOISSEAU
18                                                      GEOFFREY DUNHAM
                                                        Attorney for REMSEN BENEDICT
19

20    GOOD CAUSE APPEARING, it is hereby ordered that sentencing in this matter is continued

21   from May 19, 2009 until June 23, 2009.

22

23   SO ORDERED.

24

25   DATED: _____May 8, 2009_____

26                                                      _____
                                                        HON. WILLIAM H. ALSUP
                                                        United States District Court Judge

27

28

08-0025 WHA
Stipulation and [Proposed] Order                                                                    2