Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
REMSEN BENEDICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-08-0025-WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING HEARING |
| | ) | |
| REMSEN BENEDICT, | ) | |
| Defendant. | ) | |

The sentencing hearing is presently set for June 23, 2009 and it is on this Court's regular criminal calendar. It is anticipated that the hearing will take several hours and the defense anticipates calling an expert witness, Dr. John Shields, to testify at the hearing. Because of time constraints on June 23, 2009, the defense is requesting that the matter be specially set for July 29, 2009 at 10:00 in the morning. Therefore, upon request of the counsel for defendant, REMSEN BENEDICT, by and through defendant's counsel of record, George C. Boisseau, and agreement of the government, and the United States Probation Office, and good cause appearing,

It is hereby agreed that defendant's sentencing hearing presently scheduled for June 23, 2009, be continued to July 29, 2009, at 10:00 in the morning.

Dated: _____

                                                   /s/
                                     GEORGE C. BOISSEAU

                                     Attorney for Defendant
                                     REMSEN BENEDICT

1    IT IS SO STIPULATED.

2    Dated: _____

3                                          _____/s/_____
                                          DENISE BARTON
4                                          Assistant U.S. Attorney

5                              ORDER

6    GOOD CAUSE APPEARING, it is hereby ordered that defendant's sentencing hearing on

7  June 23, 2009, be continued to July 29, 2009, at 10:00 in the morning.

8    IT IS SO ORDERED.

9    Dated: June 22, 2009

*IT IS SO ORDERED*
*Judge William Alsup*
(United States District Court, Northern District of California seal)