1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   OWEN P. MARTIKAN (CSBN 177104)
    Assistant United States Attorneys

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-7241

7       Facsimile: (415) 436-7234
        owen.martikan@usdoj.gov

8

    Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No.  CR 08-0025 WHA
                                     )
14         Plaintiff,                )
                                     )
15      v.                           )   THE PARTIES' JOINT REQUEST TO
                                     )   CONTINUE SENTENCING HEARING AND
16  REMSEN BENEDICT                  )   [PROPOSED] ORDER
                                     )
17         Defendant.                )
                                     )
18  ──────────────────────────────  )

19        The parties jointly request that, subject to the Court's approval, the sentencing hearing

20  presently set for July 29, 2009, be continued until September 21, 2009, at 2:00pm.  The parties

21  have learned that the Court is available for a hearing on that date.  The assigned probation

22  officer, Joshua Sparks, also has been consulted with respect to this date and has indicated that he

23  is available on that date.  The basis of the parties' joint request is set out in more detail below.

24        The defendant Remsen Benedict pled guilty without a plea agreement on September 2,

25  2008, to one count of receiving child pornography, in violation of 18 U.S.C. §2252(a)(2).  The

26  case was referred to the Probation Office for a presentence report, which has been prepared.

27        The parties have both retained expert witnesses who will testify at the sentencing hearing.

28  After the hearing was set for July 29, 2009, both parties learned that their expert witnesses would

    JOINT REQ. & [PROPOSED] ORDER
    CR 08-0025 WHA

1  not be available on that date, and defense counsel learned that he is required to appear in state

2  court on that date to continue a six-defendant preliminary hearing in a potential capital case.

3  Given these scheduling conflicts, the parties would like to continue the sentencing until

4  September 21, 2009, when the parties, their expert witnesses, the Court, and Probation will all be

5  available.

6       For these reasons, the parties jointly request that this Court vacate the sentencing hearing

7  presently set for July 29, 2009, and set a sentencing hearing for September 21, 2009, at 2:00pm.

8  SO STIPULATED.

9

10  Dated: July 22, 2009                                    JOSEPH P. RUSSONIELLO
                                                            United States Attorney

11

12                                                                    /s/

13                                                          OWEN P. MARTIKAN
                                                            Assistant United States Attorney

14

15
                                                                      /s/
16  Dated: July 22, 2009

17                                                          GEORGE C. BOISSEAU
                                                            Attorney for defendant
                                                            Remsen Benedict
18

19

20

21

22

23

24

25

26

27

28

JOINT REQ. & [PROPOSED] ORDER
CR 08-0025 WHA                              -2-

1

# [~~PROPOSED~~] O R D E R

2    Pursuant to the stipulation of the parties and for good cause shown,

3    IT IS ORDERED that the sentencing hearing presently set for July 29, 2009, be

4  continued to September 21, 2009, at 2:00pm.

5    Dated:  July 24, 2009

6



_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REQ. & [PROPOSED] ORDER
CR 08-0025 WHA                          -3-