1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   UNITED STATES OF AMERICA,                      No. CR 08-0025 WHA

11              Plaintiff,

12      v.                                          **ORDER GRANTING
                                                    CONTINUANCE**
13   REMSEN BENEDICT,

14              Defendant.

15   _____/

16        Defendant Remsen Benedict has requested that his sentencing hearing set for January

17   29, 2010, be continued until March 17, 2010, on the grounds that his attorney is in a homicide

18   trial in Sonoma County Superior Court and is unavailable on January 29, 2010, and that

19   defendant's expert witness is thereafter unavailable until March 17.  This continuance is granted

20   solely on the condition that the expert file a signed declaration under oath summarizing his

21   direct testimony.  The expert and his busy schedule have been used too many times to postpone

22   sentencing in this matter.  The declaration must be filed by **NOON ON FEBRUARY 23, 2010.**

23
24        **IT IS SO ORDERED.**

25
26   Dated:  January 27, 2010.

27                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
28

United States District Court
For the Northern District of California