1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   OWEN P. MARTIKAN (CABN 177104)
    Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7200
7       Fax: (415) 436-7234
        E-Mail: owen.martikan@usdoj.gov
8
    Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )   No. CR 08-0025 WHA
                                        )
15           Plaintiff,                 )   **THE UNITED STATES' MOTION TO**
                                        )   **VACATE HEARING AND ISSUE**
16     v.                               )   **JUDGMENT AND** [PROPOSED]
                                        )   **ORDER**
17   REMSEN McGINNIS BENEDICT,          )
                                        )
18           Defendant.                 )
                                        )
19   _____)

20          The United States respectfully asks the Court to vacate the restitution hearing currently

21   set for Tuesday, May 4, 2010, and to issue the judgment and commitment order forthwith.  The

22   United States does not intend to seek any further relief in this matter.

23   DATED: April 28, 2010              Respectfully submitted,

24                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
25

26                                            /s/

27                                      _____
                                        OWEN P. MARTIKAN
                                        Assistant United States Attorney
28

     USA MOTION TO VACATE DATE & ~~PROP~~. ORDER
     CR 08-0025 WHA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED]** **ORDER**

     The Court  GRANTS the United States' motion and hereby vacates the previously set restitution hearing and associated briefing schedule.  The Clerk shall issue the judgment forthwith.

     SO ORDERED.

     April 28, 2010.

_____

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT



USA MOTION TO VACATE DATE & ~~PROP~~. ORDER
CR 08-0025 WHA